SPENCER, WHITE & PRENTIS, INC., Appellant, v. THE BIKUR CHOLIM KOSHER HOSPITAL OF THE HEBREW LADIES OF BROOKLYN, INC., Owner, Defendant. A. E. NORTON, INC., Appellant; JOSEPH J. SULIN, FREDEL CONSTRUCTION CO., INC., Respondents, and Others, Defendants. PRESS IMPROVEMENT CORPORATION, Purchaser, Appellant.— Order granting resale, and order made upon reargument, affirmed, without costs. We are of opinion that the Special Term in the exercise of discretion properly ordered a resale upon the ground that the price for which the property was sold was grossly inadequate. We do not find it necessary, therefore, to determine the legal effect, if any, of the failure to serve notice of sale upon the defendants. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

MARIUS E. TROMBA, Appellant, v. GREENBLUM BUILDING CORPORATION and Others, Respondents.— Judgment reversed upon the law and the facts, and a new trial granted, with costs to appellant to abide the event. The lien sought to be foreclosed was not defective upon its face. Whether or not anything is due to the plaintiff under the supplemental contract, as well as whether the latter contract is valid, can only be determined upon evidence or concession as to facts, which the record now before us does not contain. The defect pointed out in the 5th paragraph of plaintiff's amended complaint is subject to amendment which should be allowed at the opening of the trial. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

JOHN F. TULACZ, as Administrator, etc., of MARY TULACZ, Deceased, Respondent, v. THE CITY OF POUGHKEEPSIE, Appellant.— Judgment and order denying motion for new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

UNITED PIANO CORPORATION, Respondent, v. CHARLES H. PAYNE, Appellant, and Others, Defendants.— Order denying motion to vacate writ of replevin affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

WILLIAM W. WETMORE, Respondent, v. ARTHUR F. SAUNDERS, Appellant.— Order changing place of trial reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Plaintiff brought the action in Suffolk county, where he resides. Defendant, on the ground of convenience of witnesses, moved to change the venue to Cortland county, where he resides and where the cause of action arose. In the circumstances the court had no power, of its own motion, to change the venue to Queens county, where neither party resides. (Levey v. Payne, 200 App. Div. 30.) An analysis of the proof to be offered in this case, read with the concessions made by plaintiff, narrows the issue materially, and requires a denial of the motion to change the place of trial upon the ground of convenience of witnesses. Kelly, P. J., Young, Kapper Lazansky and Hagarty, JJ., concur.